Nicholas Fitzgerald Esq. -- NF/6129
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY -- NEWARK
--------------------------------X

In re:                                  **Chapter 13**

    Patricia Campos                 Case No. 12-35515-DHS

--------------------------------X

**DEBTOR'S CERTIFICATION IN SUPPORT OF MOTION TO EXPUNGE CLAIM**

I, Patricia Campos, being of full age and being the above named debtor, certify under penalty of perjury that:

1. I make this certification at the request of my counsel in support of my motion to expunge the claim filed by InSolve Recovery, LLC.

2. A copy of the claim field by InSolve Recovery, LLC is annexed hereto for reference. The underlying creditor is a debt allegedly owed to Sears.

3. I have examined this claim and I absolutely do not owe the money alleged to be due. I did not list a debt owed to Sears on my bankruptcy schedules as did not owe any money to Sears at the time my case was filed.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 7, 2013

                                        */s/ Patricia Campos*
                                        Patricia Campos
                                        Debtor