**Page 1**
Fitzgerald & Associates, P.C.
Nicholas Fitzgerald, Esq. -- NF/6129
649 Newark Avenue
Jersey City, NJ 07306-2303
(201) 533-1100
Attorney for Debtor

United States Bankruptcy Court
District of New Jersey
--------------------------------X
In Re:

    Patricia Campos

       Debtor

--------------------------------X

**Chapter 13**
Case No. 12-35515/DHS

Hearing Date:  11/13/13
                11:00 a.m.

**ORDER EXPUNGING PROOF OF CLAIM FILED BY INSOLVE RECOVERY LLC**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**Page 2**
Debtor: Patricia Campos
Case No. 12-35515/DHS
Caption:   ORDER EXPUNGING PROOF OF CLAIM FILED BY INSOLVE RECOVERY
LLC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This matter having come before the Court upon the debtor's Notice of Motion for an Order expunging a proof of claim, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the proof of claim in the amount of $5,569.45 submitted by InSolve Recovery, LLC which is dated December 3, 2012, is hereby disallowed and expunged with prejudice.